# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TYSON CORNELISON** | **CIVIL ACTION NO. 23-0085** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JASON ARMSTRONG** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation [Doc. No. 14] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Tyson Cornelison's claims are **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

d. Defendant shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

MONROE, LOUISIANA, this 31st day of May, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE